1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7                                                      *E-FILED - 6/12/07*
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 MIAO RAO,                              )
                                          )  Case No. 06-7008 RMW
13                  Plaintiff,            )
                                          )
14          v.                            )
                                          )
15 ALBERTO R. GONZALES, United States Attorney ) **STIPULATION TO DISMISS AND**
   General; MICHAEL CHERTOFF, Secretary of the ) **[] ORDER**
16 Department of Homeland Security; EMILIO T.  )
   GONZALEZ, Director, United States Citizenship )
17 and Immigration Services; DAVID STILL, San  )
   Francisco District Director, United States  )
18 Citizenship and Immigration Services; ROBERT S. )
   MUELLER, Director of Federal Bureau of    )
19 Investigation;                            )
                                          )
20                  Defendants.           )
                                          )
21

22      Plaintiff, appearing *pro se*, by and through their attorneys of record, hereby stipulate,

23 subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in

24 light of the fact that the United States Citizenship and Immigration Services is now prepared to

25 adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within

26 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C06-7008 RMW                                1

| | | |
|---|---|---|
| 1 | Date: May ____, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | ___/S/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 9 | Date: May ____, 2007 | ___/S/_____<br>MIAO RAO<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/12/07        *Ronald M Whyte* (signature)
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C06-7008 RMW                    2